1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   LILIANA CORONADO (No. 223720)
3  Deputy Federal Public Defender
   (E-mail: Liliana_Coronado@fd.org)
4  321 E. 2nd Street
   Los Angeles, California 90012-4202
5  Telephone (213) 894-2857
   Facsimile (213) 894-0081
6

```
FILED
CLERK, U.S. DISTRICT COURT

MAR 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

7  Attorneys for Defendant
   JONATHAN ALFREDO MERLOS
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12  UNITED STATES OF AMERICA,          )   NO. CR 12-00319-RT
                                       )
13                Plaintiff,           )
                                       )
14        v.                           )   [PROPOSED] ORDER
                                       )   GRANTING FOREIGN
15  JONATHAN ALFREDO MERLOS,           )   DEPOSITION OF WITNESS
                                       )   ANA JOSSELYN GONZALEZ
16                Defendant.           )
                                       )
17  _____)

18        GOOD CAUSE HAVING BEEN SHOWN, and pursuant to Federal Rule of

19  Criminal Procedure 15(a), the defendant's Motion For Additional Foreign Deposition

20  is HEREBY GRANTED. Witness Ana Josselyn Gonzalez shall be added to the list of

21  individuals to be deposed in El Salvador.

22

23  DATED: March 18, 2013

24                                     HONORABLE ROBERT J. TIMLIN
                                       United States District Judge
25

26  Presented by:

27

28  /s/ Liliana Coronado
    LILIANA CORONADO
    Deputy Federal Public Defender