David A. Katz, Bar No. 112874
Katz & Associates
433 North Camden Dr., Suite 600
Beverly Hills, CA 90210
Telephone: 310-279-5111/Facsimile: 310- 279-5112
katznassoc@aol.com
Counsel for Defendant Joseph Labbad



FILED
CLERK, U.S. DISTRICT COURT
OCT 2 - 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 03-39(A)-RT |
| Plaintiff, | ) ORDER |
| v. | ) |
| JOSEPH LABBAD, | ) |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, IT IS ORDERED that the Court's "Order denying the government's Motion for a psychiatric or psychological examination of defendant," dated September 18, 2013, at docket No. 614 be unsealed.

Dated: October 2, 2013        ROBERT J TIMLIN
                              Hon. Robert J. Timlin
                              U.S. District Judge

Respectfully submitted,

/s/
David A. Katz
Counsel for Joseph Labbad

1